UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GERALD THOMPSON, *et al.*, | : | Case No. 1:16-cv-770 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| MR. ERDOS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 16)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on November 30, 2016, submitted a Report and Recommendation.  (Doc. 16).  Defendant Gerald Thompson filed objections to the Report and Recommendation on December 16, 2016.  (Doc. 17)[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does

---

[1]  The Court has reviewed Defendant's objections and finds them to be without merit.  Defendant's objections are, like his Complaint, rambling and difficult to decipher, and they appear generally to reassert the same claims raised in the Complaint.  Nowhere in his objections does Defendant Thompson address the substantive and procedural deficiencies with his Complaint identified in the Report and Recommendation.  Accordingly, a complete adoption of the Report and Recommendation is appropriate.

determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. Plaintiffs Huddleston and Smith are **DISMISSED** from this civil action for lack of prosecution;

2. Plaintiff Gerald Thompson's complaint (Doc. 1), as amended (Doc. 7), is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1);

3. Plaintiff Gerald Thompson's remaining motions (Docs. 5, 6, 10, 18) are **DENIED** as moot;

4. The Clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** in this Court.

**IT IS SO ORDERED.**

Date:  1/3/2017

*Timothy S. Black*
Timothy S. Black
United States District Judge