**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| GERALD THOMPSON, <br> Plaintiff, <br><br> vs. <br><br> MR. ERDOS, et al., <br> Defendants. | Case No. 1:16-cv-00770 <br> Black, J. <br> Litkovitz, M.J. <br><br> **ORDER** |

This matter is before the Court on plaintiff Thompson's motion for injunctive relief. (Doc. 28).

Proceeding pro se, several inmates at the Southern Ohio Correctional Facility in Lucasville, Ohio brought a prisoner civil rights action under 42 U.S.C. §1983. (Doc. 1). In October 2016, this Court issued an Order and Report and Recommendation recommending the dismissal of most of the named plaintiffs for lack of prosecution due to their failure to comply with a Deficiency Order that was filed on August 19, 2016. (*See* Doc. 11; *see also* Doc. 2). On November 2, 2016, the District Court adopted the recommendation to dismiss those plaintiffs who had failed to comply with the August 19, 2016 Deficiency Order. (Doc. 13).

On November 30, 2016, this Court entered a Report and Recommendation recommending that two additional plaintiffs be dismissed as parties for lack of prosecution due to their failure to comply with the Deficiency Order. (Doc. 16). This Court further recommended that the complaint of the remaining named plaintiff, Gerald Thompson, be dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), and that plaintiff Thompson's remaining pending motions be denied as moot. (Doc. 16). On January 3, 2017, the District Court adopted the recommendation and the clerk entered a final judgment. (Docs. 19, 20).

Thereafter, plaintiff filed a notice of appeal to the United States Court of Appeals for the Sixth Circuit on February 13, 2017, but the Sixth Circuit dismissed the appeal on June 5, 2017 as untimely. (Docs. 21, 27).

Subsequent to the termination of the case, plaintiff Thompson filed a motion for injunctive relief with this Court. (Doc. 28). This Court does not have jurisdiction to entertain the post-judgment motion. This matter is closed and the post-judgment motion for injunctive relief is hereby **DENIED**.

**IT IS SO ORDERED.**

Date: 8/29/17

Karen L. Litkovitz
United States Magistrate Judge